**Electronically Filed**
**Supreme Court**
**SCEC-22-0000500**
**16-SEP-2022**
**11:04 AM**
**Dkt. 19 ODMR**

SCEC-22-0000500

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ADRIEL LAM, Plaintiff,

vs.

STATE OF HAWAIʻI, OFFICE OF ELECTIONS, Defendant.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Plaintiff's "Motion to Reconsider Complaint Filed on August 18, 2022" (Motion), which we construe as a motion for reconsideration of this court's August 29, 2022 Findings of Fact, Conclusions of Law, and Judgment, and the record, this court has not overlooked or misapprehended points of law or fact. <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b). Accordingly, it is ordered that the Motion is denied.

DATED: Honolulu, Hawaiʻi, September 16, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

